

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00380-CV

| | | |
|---|---|---|
| JACKSBORO NURSING OPERATIONS, LLC, Appellant | § | On Appeal from the 271st District Court |
| | § | of Jack County (19-10-120) |
| V. | § | March 24, 2022 |
| NADINE NORMAN, INDIVIDUALLY; AS THE REPRESENTATIVE OF THE ESTATE OF ASHLEY NORMAN, DECEASED; AS NEXT FRIEND OF E.N. AND J.L., MINORS; AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Jacksboro Nursing Operations, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack